IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00314-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    QUINCY CUMMINGS,

    Defendant.

---

**INDICTMENT**
**Title 18, United States Code, Section 922(g)(1)**

---

## COUNT 1

The Grand Jury charges that:

On or about February 15, 2013, in the State and District of Colorado, QUINCY CUMMINGS, defendant herein, having been convicted in a court of crimes punishable by imprisonment for a term exceeding one year, did unlawfully and knowingly possess a firearm and ammunition in and affecting commerce.

The conduct described above was in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:


<u>Ink signature on file in the Clerk's Office</u>
FOREPERSON

JOHN F. WALSH
United States Attorney


By:   *David M. Conner*
DAVID M. CONNER
Assistant U.S. Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone:   (303) 454-0100
Fax: (303) 454-0403
E-mail:   dave.conner@usdoj.gov
Attorney for the Government

-2-