DEFENDANT:       QUINCY CUMMINGS

YOB:             1979

ADDRESS:

COMPLAINT FILED?       _____ YES    _X_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _____ YES   _X_ NO

    IF NO, A NEW WARRANT IS REQUIRED

OFFENSE:         **COUNT 1**: 18 U.S.C. § 922(g)(1)
               Possession of a Firearm by a Prohibited Person

LOCATION OF OFFENSE:   Arapahoe County, Colorado

PENALTY:         **COUNT 1**:
               NMT 10 years imprisonment, up to a $250,000 fine or both, NMT 3 years supervised release, and $100.00 Special Assessment

AGENT:           DAVID GALLEGOS, Task Force Officer
               Bureau of Alcohol, Tobacco, Firearms and Explosives

AUTHORIZED BY:   DAVID M. CONNER
               Assistant United States Attorney

ESTIMATED TIME OF TRIAL:

_X_ five days or less
_____ over five days

THE GOVERNMENT

_X_ will seek detention in this case
_____ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   _____ Yes   _X_ No