AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 13-cr-00314-RBJ |
| QUINCY CUMMINGS | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* QUINCY CUMMINGS ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
  Possession of a Firearm by a Prohibited Person - Title 18, United State Code, Section 922(g)(1)

Date:  08/05/2013                                                                            s/ A. Vinnola
                                                                                       *Issuing officer's signature*

City and state:   Denver, Colorado                                        Jeffrey P. Colwell, Clerk of Court
                                                                                        *Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
                                                                                       *Arresting officer's signature*

                                                                                       *Printed name and title*