AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   4:13MJ3130 |
| | ) | |
| QUINCY CUMMINGS | ) | Charging District's |
| *Defendant* | ) | Case No.   1:13CR314 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of   Colorado   ,

*(if applicable)* _____ division. The defendant may need an interpreter for this language:

_____ .

The defendant:   ☐ will retain an attorney.

　　　　　　　　X is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   11/13/2013

*Judge's signature*

United States Magistrate Judge Cheryl R. Zwart

*Printed name and title*

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the US District Court for the District of Nebraska.
Date Filed:   11-13-13
OFFICE OF THE CLERK
By _____
　　　Deputy Clerk

CLOSED,CUSTODY

# U.S. District Court
## District of Nebraska (4 Lincoln)
## CRIMINAL DOCKET FOR CASE #: 4:13-mj-03130-CRZ All Defendants
## Internal Use Only

Case title: USA v. Cummings
Other court case number: 1:13cr314 USDC-Colorado

Date Filed: 11/12/2013
Date Terminated: 11/13/2013

Assigned to: Magistrate Judge Cheryl R. Zwart

### Defendant (1)

**Quincy Cummings**
*TERMINATED: 11/13/2013*

represented by **John C. Vanderslice**
FEDERAL PUBLIC DEFENDER'S OFFICE - LINCOLN
100 Centennial Mall North
112 Federal Building
Lincoln, NE 68508
(855) 664-9214
Fax: (402) 221-7827
Email: john_vanderslice@fd.org
*TERMINATED: 11/13/2013*
*Designation: Public Defender or Community Defender Appointment*

**Michael J. Hansen**
FEDERAL PUBLIC DEFENDER'S OFFICE - LINCOLN
100 Centennial Mall North
112 Federal Building
Lincoln, NE 68508
(855) 664-9214
Fax: (402) 221-7827
Email: mike_hansen@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**
None

**Highest Offense Level (Opening)**
None

**Disposition**

I certify this to be a true copy of the original record in my custody.

OFFICE OF THE CLERK
By_____
Deputy Clerk

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:922(g)(1) POSSESION OF A FIREARM BY A PROHIBITED PERSON

**Disposition**

**Plaintiff**

USA     represented by    **Bruce W. Gillan**
U.S. ATTORNEY'S OFFICE - LINCOLN
100 Centennial Mall North
Suite 487, Federal Building
Lincoln, NE 68508-3865
(402) 437-5241
Fax: (402) 437-5390
Email: bruce.gillan@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 11/12/2013 | 🔒 1 | ☐ | RULE 5 COMPLAINT (COPY OF INDICTMENT from USDC-Colorado, 1:13cr314) as to defendant Quincy Cummings. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (JAB) (Entered: 11/12/2013) |
| 11/12/2013 | 2 | | TEXT ORDER SETTING HEARING as to defendant Quincy Cummings. **Initial Appearance on Rule 5 paperwork set for 11/13/2013 at 03:00 PM** in Courtroom 3, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 11/12/2013) |

| | | | |
|---|---|---|---|
| 11/12/2013 | 🔒 | | (Court only) ***Attorney John C. Vanderslice for Quincy Cummings added pursuant to e-mail from John Cambridge. (JAB) (Entered: 11/12/2013) |
| 11/13/2013 | | 3 | TEXT ORDER SETTING HEARING as to defendant(s) Quincy Cummings. Initial Appearance reset for 11/13/2013 at 11:15 AM in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Ordered by Magistrate Judge Cheryl R. Zwart. (DMS) (Entered: 11/13/2013) |
| 11/13/2013 | 🔒 🔒 | 4 | *SEALED* SEALED PRETRIAL SERVICES REPORT as to defendant Quincy Cummings. THIS DOCKET ENTRY AND PDF DOCUMENT ARE SEALED PURSUANT TO AN ORDER OF THE COURT AND/OR LEGAL AUTHORITY GOVERNING SEALED FILINGS. ACCESS IS LIMITED ONLY TO THE COURT. (Bare, Mindy) (Entered: 11/13/2013) |
| 11/13/2013 | 🔒 | | (Court only) ***Attorney Michael J. Hansen for Quincy Cummings added Attorney John C. Vanderslice terminated as to defendant Quincy Cummings. (JAB) (Entered: 11/13/2013) |
| 11/13/2013 | | 5 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln on 11/13/2013 as to defendant Quincy Cummings. Hearing held on Rule 5 documents. Indictment and Warrant filed in the U.S. District Court for the District of Colorado, case number 1:13cr314. Charges read. Rights explained. Appointment of counsel requested. After oral examination of financial status, Court appoints Federal Public Defender to represent defendant. Identity hearing waived. Rule 20 proceedings explained. Defendant waives right to proceed under Rule 20. Defendant waives detention hearing but reserves the right to a detention hearing in the home district. Government's oral motion for detention is granted. Defendant remanded to the custody of the U.S. Marshal to be returned to Colorado. Courtroom Deputy: Jeri A. Bierbower. Reporter: Digital Recorder. Appearance for Plaintiff: Matt Molsen for Bruce Gillan; For Defendant: Mike Hansen, FPD. Time Start: 11:19 AM; Time Stop: 11:28 AM; Time in Court: 9 Minutes. (JAB) (Entered: 11/13/2013) |
| 11/13/2013 | | 6 | 🔊 AUDIO FILE. Audio as to Defendant (1) Quincy Cummings. Court Date & Time [ 11/13/2013 11:19:10 AM ]. File Size [ 2019 KB ]. Run Time [ 00:08:25 ]. (Rule 5 Initial Appearance). (auto-docket). (Entered: 11/13/2013) |
| | | | |

| | | | |
|---|---|---|---|
| 11/13/2013 | 7 | ☐ | ORDER APPOINTING COUNSEL - The Federal Public Defender for the District of Nebraska is appointed to represent the defendant in this matter as to defendant Quincy Cummings. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 11/13/2013) |
| 11/13/2013 | 8 | ☐ | WAIVER of Rule 5 Hearings - right to Identity Hearing waived by Attorney Michael J. Hansen as to defendant Quincy Cummings. (JAB) (Entered: 11/13/2013) |
| 11/13/2013 | 9 | ☐ | RULE 5 ORDER as to defendant Quincy Cummings. The U.S. Marshal is commanded to take custody of the above named defendant and **upon completion of his state charges**, to transport the defendant with a certified copy of this order forthwith to the District of Colorado. Ordered by Magistrate Judge Cheryl R. Zwart. (1 Certified copy to USM)(JAB) (Entered: 11/13/2013) |
| 11/13/2013 | 10 | ☐ | ORDER of Detention as to defendant Quincy Cummings. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 11/13/2013) |
| 11/13/2013 | 11 | ☐ | COMMITMENT TO ANOTHER DISTRICT as to defendant Quincy Cummings. Defendant committed to District of Colorado. Ordered by Magistrate Judge Cheryl R. Zwart. (1 Certified copy to USM)(JAB) (Entered: 11/13/2013) |
| 11/13/2013 | 🔒 | | (Court only) Criminal Case Terminated as to defendant Quincy Cummings. *** Quincy Cummings terminated. (JAB) (Entered: 11/13/2013) |
| 11/13/2013 | 🔒🔒 12 | ☐ | *SEALED* SEALED AMENDED PRETRIAL SERVICES REPORT as to defendant Quincy Cummings. THIS DOCKET ENTRY AND PDF DOCUMENT ARE SEALED PURSUANT TO AN ORDER OF THE COURT AND/OR LEGAL AUTHORITY GOVERNING SEALED FILINGS. ACCESS IS LIMITED ONLY TO THE COURT. (Bare, Mindy) (Entered: 11/13/2013) |
| 11/14/2013 | 13 | ☐ | Transmittal Letter to USDC-Colorado, 1:13cr314 regarding Rule 5 out as to defendant Quincy Cummings. (JAB) (Entered: 11/14/2013) |

[ View Selected ]

or

[ Download Selected ]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:13MJ3130 |
| vs. | |
| QUINCY CUMMINGS, | MEMORANDUM AND ORDER |
| Defendant. | |

The court has orally examined the financial status of the defendant in support of Defendant's request for appointed counsel. After a review of the Financial Affidavit, the court finds the above-named defendant is currently eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

Accordingly,

IT IS ORDERED:

1) The Federal Public Defender for the District of Nebraska is appointed, and Michael Hansen shall promptly enter and appearance as counsel for the above named defendant.

2) The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and to the appointed attorney.

November 13, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the US District Court for the District of Nebraska.
Date Filed: 11-13-13
OFFICE OF THE CLERK
By _____
Deputy Clerk

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2013 NOV 13 AM 11:57

| United States of America | ) |
|---|---|
| v. | ) Case No. 4:13MJ3130 |
| QUINCY CUMMINGS | ) |
| | ) Charging District's Case No. 1:13CR314 |
| *Defendant* | ) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* District of Colorado

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court. *Waiving identity hearing in both courts. Wants a detention hearing in Colorado.*

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 11/13/2013

*Defendant's signature*

I certify this to be a true copy of the original record in my custody.

OFFICE OF THE CLERK

By _____
     Deputy Clerk

*Signature of defendant's attorney*

Michael J. Hansen
*Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | 4:12MJ3130   (NE) |
| ) | 1:13CR314 (CO) |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **QUINCY CUMMINGS,** ) | |
| ) | **Magistrate Judge Cheryl R. Zwart** |
| **Defendant.** ) | |

NCF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the US District Court for the District of Nebraska.
Date Filed: 11-13-13
OFFICE OF THE CLERK
_____
Deputy Clerk

# RULE 5 ORDER

An Indictment and Warrant having been filed in the district court for the District of Colorado charging the above-named defendant with 18:922(g)(1), and the defendant having been arrested in the District of Nebraska, proceedings to commit defendant to another district were held in accordance with Fed.R.Cr.P.5. The defendant had an initial appearance here in accordance with Fed.R.Cr.P.5 and was informed of the provisions of Fed.R.Cr.P.20.  Additionally, defendant

\_\_    Was given an identity hearing and found to be the person named in the aforementioned charging document

_X_    Waived an identity hearing and admitted that he/she was the person named in the aforementioned charging document.

_X_    Waived his right to a preliminary examination

\_\_    The government did not move for detention

\_\_    Was afforded a preliminary examination in accordance with Fed.R.Cr.P.5.1 and, from the evidence it appears that there is probable cause to believe that an offense has been committed and that the defendant committed it.

_X_    Knowingly and voluntarily waived a detention hearing in this district and reserved his/her right to a detention hearing in the charging district.

\_\_    Was given a detention hearing in this district.

1

4:13-mj-03130-CRZ   Doc # 9   Filed: 11/13/13   Page 2 of 2 - Page ID # 15

Accordingly, it is ordered that the defendant is held to answer in the prosecuting district.

__X__  Defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq. and the U.S. Marshal is commanded to take custody of the above named defendant and upon completion of his state charges, to transport the defendant with a certified copy of this order forthwith to the prosecuting district specified above and there deliver the defendant to the U.S. Marshal for that district or to some other officer authorized to receive the defendant, all proceedings required by Fed.R.Cr.P.5 having been completed.

__  Defendant has been released in accordance with the provisions of the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq.  The defendant is to appear before the district court of the prosecuting district at such times and places as may be ordered.  All funds, if any, deposited on behalf of this defendant with the Clerk of Court pursuant to the Bail Reform Act, shall be transferred to the prosecuting district.

IT IS SO ORDERED.

DATED in Lincoln, Nebraska this 13th day of November, 2013.

                                        s/ Cheryl R. Zwart
                                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>QUINCY CUMMINGS,<br><br>　　　　　Defendant. | 4:13MJ3130<br><br>DETENTION ORDER |

The defendant was afforded an opportunity for a detention hearing, but waived that right. Defendant, who is currently in state custody, is subject to detention under the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq.

Accordingly,

IT IS ORDERED:

1) The defendant shall be returned to state custody for confinement on state charges. The state charges are unrelated to the federal charges herein, and the time defendant spends in state custody shall not be considered as confinement credited toward any sentence the defendant may receive in this case.

2) Upon release from state custody, the U.S. Marshal is commanded to take custody of the above-named defendant for further proceedings in the federal court.

November 13, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the US District Court for the District of Nebraska.
Date Filed: 11-13-13
OFFICE OF THE CLERK
By _____
　　　Deputy Clerk