**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 13-cr-00314-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. QUINCY CUMMINGS,

    Defendant.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

    COMES NOW Mark Barrett, Assistant United States Attorney, and enters his appearance as counsel for the Government in the above-captioned action. Please include the undersigned counsel on all future correspondence, notices and pleadings in this case.

    Dated this 9th day of December, 2014.

Respectfully submitted,

JOHN F. WALSH
United States Attorney


By: s/Mark Barrett
MARK BARRETT
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Phone: (303) 454-0100
FAX: (303) 454-0406
E-mail: mark.barrett@usdoj.gov

Attorney for the Government

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2014, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

        s/Valerie Nielsen
        VALERIE NIELSEN
        Legal Assistant
        U.S. Attorney's Office
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Fax: (303) 454-0406
        E-mail: valerie.nielsen@usdoj.gov