**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Case No. 13-cr-00314-RBJ**

**UNITED STATES OF AMERICA,**

 **Plaintiff,**

**v.**

**1. QUINCY CUMMINGS,**

 **Defendant.**

---

**MOTION TO WITHDRAW**

---

 The United States of America, by John F. Walsh, United States Attorney
for the District of Colorado, through Mark Barrett, Assistant United States
Attorney, hereby files its Motion to Withdraw AUSA David Conner as counsel of
record and requests termination of electronic service in the above-captioned
case.  As grounds for this motion, the government states that AUSA Mark Barrett
is counsel of record in this case, has filed an entry of appearance, and is
receiving electronic notice.

 Dated this 9th day of December, 2014.

Respectfully submitted,

JOHN F. WALSH
United States Attorney


By: s/Mark Barrett
MARK BARRETT
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Phone: (303) 454-0100
FAX: (303) 454-0406
E-mail: mark.barrett@usdoj.gov

Attorney for the Government

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 9th day of December, 2014, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

s/Valerie Nielsen
VALERIE NIELSEN
Legal Assistant
U.S. Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0406
E-mail: valerie.nielsen@usdoj.gov