IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00314-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. QUINCY CUMMINGS,

    Defendant.

___

**MOTION TO RE-ISSUE ARREST WARRANT**
___

The United States of America, by John F. Walsh, United States Attorney for the District of Colorado, through Mark Barrett, Assistant United States Attorney, hereby files its Motion to Re-Issue the Arrest Warrant in the above-captioned case. As grounds for this motion, the government states the following:

1. This case was originally indicted on August 5, 2013 (docket #2) and an arrest warrant issued (docket #3).

2. Rule 5 documents were received from the District of Nebraska on November 19, 2013 (docket #4).

3. Undersigned counsel has just taken over this case from AUSA David Conner and has researched the issue of why the defendant is not present in Colorado and has researched the lack of case activity.

4. The defendant was returned to the District of Nebraska to serve a state sentence. A detainer was filed, but the defendant was released from custody without the local authorities honoring the detainer.

For the above-reasons and because the original arrest warrant has already been executed, the Government is requesting the arrest warrant be re-issued in this case so the defendant can be brought before the court to face the charges filed in this matter on August 5, 2013.

Dated this 10th day of December, 2014.

        Respectfully submitted,

        JOHN F. WALSH
        United States Attorney


        By: s/Mark Barrett
        MARK BARRETT
        Assistant United States Attorney
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        Phone: (303) 454-0100
        FAX: (303) 454-0406
        E-mail: mark.barrett@usdoj.gov

        Attorney for the Government

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 10th day of December, 2014, I electronically filed the foregoing **MOTION TO RE-ISSUE ARREST WARRANT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

                                                s/Valerie Nielsen
                                                VALERIE NIELSEN
                                                Legal Assistant
                                                U.S. Attorney's Office
                                                1225 Seventeenth Street, Suite 700
                                                Denver, Colorado 80202
                                                Telephone: (303) 454-0100
                                                Fax: (303) 454-0406
                                                E-mail: valerie.nielsen@usdoj.gov