IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00314-RBJ

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**1. QUINCY CUMMINGS,**

    **Defendant.**

_____

**MOTION FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM**
_____

The United States of America, by and through the United States Attorney for the District of Colorado, respectfully requests the Court issue a Writ of Habeas Corpus Ad Prosequendum and states as follows:

1) The defendant, QUINCY CUMMINGS, Inmate No. 18794, is confined in the Buffalo County Nebraska Sheriff's Office, 1417 First Avenue, Kearney, Nebraska 68848; and

2) An initial appearance will be held forthwith in the United States District Court for the District of Colorado before a United States Magistrate Judge for proceedings in the above-captioned case, and it is necessary that the defendant be present in person during these proceedings, as well as certain other proceedings in his case.

WHEREFORE the United States moves the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued to the United States Marshal for the District of Colorado, or any other United States Marshal, requiring him to serve the writ on the Warden, Superintendent, or Custodian of any place or institution where the defendant is confined, and requiring said United States Marshal to produce the defendant before a United States Magistrate Judge for an initial appearance and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

Dated this 20th day of February, 2015.

> Respectfully submitted,
>
> JOHN F. WALSH
> United States Attorney
>
> By: *s/Mark Barrett*
> MARK BARRETT
> Assistant United States Attorney
> United States Attorney's Office
> 1225 Seventeenth Street, Suite 700
> Denver, Colorado  80202
> Phone:  (303) 454-0100
> Facsimile: (303) 454-0406
> Email: mark.barrett@usdoj.gov
> ATTORNEY FOR THE UNITED STATES

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April, 2015, I electronically filed the foregoing **MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

s/Valerie Nielsen
VALERIE NIELSEN
Legal Assistant
U.S. Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0406
E-mail: valerie.nielsen@usdoj.gov