IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00314-RBJ

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1. QUINCY CUMMINGS,**

    Defendant.
_____

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
_____

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce QUINCY CUMMINGS, Inmate No. 18794, is confined in the Buffalo County Nebraska Sheriff's Office, 1417 First Avenue, Kearney, Nebraska 68848 before a United States Magistrate Judge, forthwith, for an initial appearance, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this _____ day of February, 2015.

                                                    _____
                                                  UNITED STATES MAGISTRATE JUDGE
                                                  UNITED STATES DISTRICT COURT
                                                  DISTRICT OF COLORADO