IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00314-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. QUINCY CUMMINGS,

    Defendant.

___

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**
___

Upon petition of the United States [filed April 8, 2015; docket #11] and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshal Service requiring the United States Marshal to produce QUINCY CUMMINGS, Inmate No. 18794, who is confined in the Buffalo County Nebraska Sheriff's Office, 1417 First Avenue, Kearney, Nebraska 68848, before a United States Magistrate Judge, forthwith, for an initial appearance, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED at Denver, Colorado, this 8th day of April, 2015.

                        BY THE COURT:

                        *Michael E. Hegarty*

                        Michael E. Hegarty
                        United States Magistrate Judge