IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00314-RBJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**QUINCY CUMMINGS**,

      Defendant.
_____

## NOTICE OF APPEARANCE
_____

      The Office of the Federal Public Defender, by and through undersigned counsel

hereby enters its appearance in the above captioned case.

                          Respectfully submitted,

                          VIRGINIA L. GRADY
                          Federal Public Defender

                          s/Brian R. Leedy_____
                          BRIAN R. LEEDY
                          Assistant Federal Public Defender
                          633 Seventeenth Street, Suite 1000
                          Denver, Colorado  80202
                          Telephone:  (303) 294-7002
                          FAX:  (303) 294-1192
                          Email:  Brian_Leedy@fd.org
                          Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2015, I electronically filed the foregoing

**NOTICE OF APPEARANCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Mark J. Barrett
Assistant U.S. Attorney
Email:  mark.barrett@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Quincy Cummings  (U.S. Mail)

s/Brian R. Leedy_____
BRIAN R. LEEDY
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  Brian_Leedy@fd.org
Attorney for Defendant