AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>QUINCY CUMMINGS<br>*Defendant* | )<br>)<br>) Case No. 13-cr-00314-RBJ<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* QUINCY CUMMINGS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Possession of a Firearm by a Prohibited Person - Title 18, United State Code, Section 922(g)(1)

Date: 12/11/2014

s/ T.Schaffer
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 8/14/15, and the person was arrested on *(date)* 8/14/15
at *(city and state)* Denver, CO.

Date: 8/14/15

*Arresting officer's signature*

Dusk Pleck
*Printed name and title*