IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00314-RBJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**QUINCY CUMMINGS**,

      Defendant.

_____

**NOTICE OF DISPOSITION**
_____

      Mr. Cummings, through counsel, notifies the Court that a disposition has been reached with the government.  Both parties request that the status conference scheduled for November 2, 2015, at 8:30 a.m. be vacated.  The parties further request permission to contact chambers to schedule a change of plea hearing.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender


      s/Brian R. Leedy_____
      BRIAN R. LEEDY
      Assistant Federal Public Defender
      633 Seventeenth Street, Suite 1000
      Denver, Colorado  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Email:  Brian_Leedy@fd.org
      Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2015, I electronically filed the foregoing

**NOTICE OF DISPOSITION**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

   Mark J. Barrett
   Assistant U.S. Attorney
   Email:  mark.barrett@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

   Mr. Quincy Cummings  (U.S. Mail)

        s/Brian R. Leedy_____
        BRIAN R. LEEDY
        Assistant Federal Public Defender
        633 Seventeenth Street, Suite 1000
        Denver, Colorado  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Email:  Brian_Leedy@fd.org
        Attorney for Defendant