IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Criminal Action: | 13-cr-00314-RBJ | Date: November 13, 2015 |
| Courtroom Deputy: | Emily Buchanan | Court Reporter: Kara Spitler |
| Interpreter: | N/A | Probation: N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA, | Mark Barrett |
| Plaintiff, | |
| v. | |
| 1. QUINCY CUMMINGS, | Brian Leedy |
| Defendant. | |

## COURTROOM MINUTES

**CHANGE OF PLEA HEARING**

Court in session:  9:00 a.m.

Appearances of counsel.

Defendant is present in custody.

The Plea Agreement (Court Exhibit 1) and Defendant's Statement in Advance of Plea of Guilty (Court Exhibit 2) are tendered to the Court.

Court advises counsel and defendant that it does not accept 11(c)(1)(C) stipulated sentences and will not accept the plea agreement if that is a requirement of it.

Mr. Leedy requests a continuance of today's court date to discuss options with the defendant.

**ORDERED**:   **This Change of Plea Hearing is continued to November 18, 2015 at 9:00 a.m. before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth**

**Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.**

**The defendant is remanded to the custody of the United States Marshal.**

Court in recess:  9:07 a.m. Hearing continued. Total time in Court:  00:07