2013CR350 - Arapahoe County

**Date Printed: 02/16/2016**

**People Of The State Of Colorado Vs. Cummings, Quincy Don - 2013CR350 - Arapahoe County**

| Summary | | |
|---|---|---|
| **Case #:** 2013CR350 (District) | **Location:** Arapahoe County | **Date Filed:** 2013-02-19 |
| **Case Status:** Closed; | **Date Case Closed:** 2013-08-09 | **Date of Speedy Trial:** N/A |
| **Case Type:** Drugs | **Appealed:** N | **E-Filed:** N |
| **Judge or Magistrate:** F Stephen Collins | **Division:** 408 | **Bar Number:** 10440 |
| **Alternate Judge or Magistrate:** F Stephen Collins | | **Bar Number:** 10440 |
| **Related Cases:** 2013CR342 (Arapahoe); | | |

| Participants | | |
|---|---|---|
| **Party Type:** Defendant | **Person Status:** Not Applicable | |
| **Name:** Cummings, Quincy Don | **Addresses & Phone Numbers** | **Attorneys** |
| **Alias:** Cummings, Quincy | Active Address<br>3538 Gaylord St<br>Denver CO 80205 | **Attorney Role:** Alternate Defense Counsel<br>**Attorney Name:** Whitaker, Shay Kara<br>**Attorney Bar #:** 28890<br>**Primary Attorney:** No |
| **Birthdate:** 1979-01-19<br>**Gender:** M<br>**Race:** B<br>**Drivers License:** CO 942009219 C<br>**SSN:** 13629219<br>**StateID:** 1053071 | | |
| **Party Type:** The People of the State of CO | **Person Status:** Not Applicable | |
| **Name:** The People Of The State Of Colorado, | **Addresses & Phone Numbers** | **Attorneys** |
| **Alias:** | | |
| **Birthdate:** | | |

2013CR350 - Arapahoe County

| | | |
|---|---|---|
| Gender:<br>Race:<br>Drivers License:<br>SSN:<br>StateID: | | |

### Charges / Dispositions

#### Arresting Agency

| **Arresting Agency:** Aurora Police Dept | **Arrest Date:** 2013-02-15 | **Arrest Time:** |
|---|---|---|
| **Ticket/Summons Number:** | **Arrest Number:** 13-1979 | **Case Number:** 13-3775 |

#### Final Disposition on Charges

| **Charge Number:** 1 | **Charge:** Weapon-poss/previous Offend-any Prior Fe | **Status:** Dismissed |
|---|---|---|
| **Offense Date From:** 2013-02-15 | **Offense Date To:** 2013-02-15 | **Offense Time:** |
| **Class:** F6 (Class 6 Felony) | **BAC:** 0.000 | **Statute:** 18-12-108(1) |
| **Disposition Date:** 2013-08-09 | **Disposition:** Dismissed by DA | |

| **Charge Number:** 2 | **Charge:** Controlled Substance-poss Sch 2-4g/less | **Status:** Dismissed |
|---|---|---|
| **Offense Date From:** 2013-02-15 | **Offense Date To:** 2013-02-15 | **Offense Time:** |
| **Class:** F6 (Class 6 Felony) | **BAC:** 0.000 | **Statute:** 18-18-403.5(1),(2)(a)(I) |
| **Disposition Date:** 2013-08-09 | **Disposition:** Dismissed by DA | |

| **Charge Number:** 3 | **Charge:** Controlled Subst-poss Meth-2g/less | **Status:** Dismissed |
|---|---|---|
| **Offense Date From:** 2013-02-15 | **Offense Date To:** 2013-02-15 | **Offense Time:** |
| **Class:** F6 (Class 6 Felony) | **BAC:** 0.000 | **Statute:** 18-18-403.5(1),(2)(b)(I) |
| **Disposition Date:** 2013-08-09 | **Disposition:** Dismissed by DA | |

### Hearings/Trials

2013CR350 - Arapahoe County

| Date | Time | Room # | Type/Note | Status | Judge/Bar Number |
|---|---|---|---|---|---|
| 2013-08-09 | 01:30 PM | 408 | F4,5 & 6 Disposition Hearing | Hearing Held | F Stephen Collins (10440) |
| 2013-06-19 | 11:00 AM | 302 | Appearance of Counsel NOTE: WHITAKER | Hearing Held | Frank Anthony Moschetti (19899) |
| 2013-05-17 | 11:00 AM | 302 | Appearance of Counsel NOTE: WHITAKER | Hearing Held | Frank Anthony Moschetti (19899) |
| 2013-04-18 | 11:00 AM | 302 | Appearance of Counsel NOTE: ADC | Continued by Parties | Frank Anthony Moschetti (19899) |
| 2013-03-28 | 11:00 AM | 302 | Appearance of Counsel NOTE: ADC ASSIGNMENT | Continued by Parties | Frank Anthony Moschetti (19899) |
| 2013-02-28 | 09:30 AM | 302 | Appearance of Counsel NOTE: ADC/BOND | Hearing Held | Frank Anthony Moschetti (19899) |
| 2013-02-22 | 09:30 AM | 302 | Rtrn Filing of Charges | Hearing Held | Frank Anthony Moschetti (19899) |
| 2013-02-19 | 09:30 AM | 302 | Hearing on Advisement | Hearing Held | Frank Anthony Moschetti (19899) |

### Other Case Activities

| Date | Code | Details/Notes |
|---|---|---|
| 2013-08-09 | CLDM | Case Closed-case Dismissed |
| 2013-08-09 | MINC | Minute Order (print) Hearing Judge Collins Reporter: Stephanie Ostdahl Dda Opfer Atty Whitaker For Mr Cummings Who Is Stuck In Traffic Case Dismissed Flg: Dismissal /bk |
| 2013-08-09 | MRIV | Mandatory Injunctive Ord Vacat |
| 2013-06-19 | BIND | Bindover To Dist Ct W/o Prelim |
| 2013-06-19 | CAC1 | Court Appointed Atty-conflict Shay Whitaker /kas |
| 2013-06- | MINC | Minute Order (print) |

2013CR350 - Arapahoe County

| | | | |
|---|---|---|---|
| CONFIDENTIAL | 19 | | Appearance Of Counsel- Held<br>Magistrate Moschetti Clerk Jlb Recorder Ftr 302<br>Dda Ms. Ratner Appears For The People<br>Defendant Appears On Bond; Counsel Ms. Whitaker Appeared Prior To The Case<br>Being Called<br>Defendant Has Applied And Qualified For Representation By The Office Of The<br>Public Defender; The Defendant Will Need Alternate Defense Counsel And Ms.<br>Whitaker Is Appointed<br>Charges Are Not Preliminary Hearing Eligible And Case Is Bound Over To District Court<br>Mandatory Disposition Conference Set For August 9, 2013 At 1:30am In Division<br>408<br>Bond Continues<br>Flg:<br>Notice Of Appearance<br>Application For Court Appointed Counsel /jlb |
| CONFIDENTIAL | 2013-06-19 | NTOC | Print Notice<br>DEF1/ Cummings, Quincy Don |
| CONFIDENTIAL | 2013-05-17 | MINC | Minute Order (print)<br>Appearance Of Counsel - Continued<br>Magistrate Moschetti Clerk Xgg Ftr Recorder 302<br>Present: Dda Ratner<br>Present: Adc Whitaker<br>Def Appears On Bond<br>Adc Has Been Appointed But Defendant Needs To Finish Pd Process<br>People Do Not Object To A Final Set Over<br>Apperance Of Counsel Is Set For 6.19.13 At 1100 Am In Div 302<br>Bond Continued<br>Flg<br>Set Slip /xgg |
| CONFIDENTIAL | 2013-05-17 | NTOC | Print Notice<br>DEF1/ Cummings, Quincy Don |
| CONFIDENTIAL | 2013-04-18 | MINC | Minute Order (print)<br>Appearance Of Counsel<br>Magistrate Moschetti Clerk Slm Ftr<br>Dda Opfer Appears For The People<br>Defendant Appears On Bond Pro Se<br>Ms. Whitaker Appears Today With The Defendant.<br>The Defendant Still Needs To Qualify For Representation By The Pd's Office<br>Before Ms. Whitaker Can Be Appointed As Adc Due To A Conflict With The Pd's<br>Office.<br>Appearance Of Counsel Is Continued To May 17, 2013 At 11:00 A.m. In Division<br>Flg |

2013CR350 - Arapahoe County

| | | | |
|---|---|---|---|
| | | | Notice Of Appearance /slm |
| CONFIDENTIAL | 2013-04-18 | NTOC | Print Notice<br>DEF1/ Cummings, Quincy Don |
| CONFIDENTIAL | 2013-03-28 | MINC | Minute Order (print)<br>Appearance Of Counsel Cont<br>Judge Bencze Clerk Kas Recorder Ftr 301<br>Present: Dda Opfer<br>Present: Adc Whitaker<br>Def Appears On Bond<br>Adc Notifies Court That Def Was Confused About Having To Apply With Pd Office<br>In Order To Qualify And Be Appointed Adc As Out Of Custody Matter<br>Def Requests Additional Time To Complete Application Process<br>Court Appoints Ms. Whitaker Pending Qualification<br>Appc Continued To 04.18.13 At 1100am In Div 302<br>Flg:<br>Set Slip /kas |
| CONFIDENTIAL | 2013-03-28 | NTOC | Print Notice<br>DEF1/ Cummings, Quincy Don |
| CONFIDENTIAL | 2013-02-28 | CAC1 | Court Appointed Atty-conflict<br>Shay Whitaker Will Be Adc /bk |
| CONFIDENTIAL | 2013-02-28 | MINC | Minute Order (print)<br>Appearance Of Counsel - Held<br>Judge Bowers Clerk Kas Recorder Ftr In 302<br>Da Opfer Def Pres On Bond<br>Appearance Of Counsel Reset To 3/28/13 At 11 Am<br>Deft Must Re-apply And Will Need Adc<br>Flg Notice To Appear /bk |
| CONFIDENTIAL | 2013-02-28 | NTOC | Print Notice<br>DEF1/ Cummings, Quincy Don |
| CONFIDENTIAL | 2013-02-28 | NTOC | Print Notice<br>DEF1/ Cummings, Quincy Don |
| CONFIDENTIAL | 2013-02-28 | ORDR | Order<br>Order Denying The Disclosure Of The Name, Address, And Material That Should<br>Lead To Id The Informant<br>Judge Bowers /bk |
| CONFIDENTIAL | 2013-02-22 | MINC | Minute Order (print)<br>Filing Of Charges Held<br>Judge Moshcetti Clerk Kas Recorder Ftr 302<br>Present Dda Opfer Def Pres In Cust With Pd Mackenzie<br>Def Given Copy Of Complaint Reading Waived Formal Advisement Waived<br>Adc Will Be Appointed On 2/28/13 Ar 930am<br>Flg Notice Of Appearance<br>Flg Bond Info<br>Flg Pts Bond Cond Form /bk |
| | 2013-02- | NTOC | Print Notice |

2013CR350 - Arapahoe County

| | | | |
|---|---|---|---|
| 22 | | | DEF1/ Cummings, Quincy Don |
| | 2013-02-21 | FOTH | Filing Other<br>Filing Of Charges Std 302 2 21 13 /sah |
| | 2013-02-21 | MOTN | Motion<br>Da Motion To Deny Disclosure Of The Name, Address Of Confidential Informant,<br>Or Audio Recordings Or Dvd's Which Would Lead To Disclosure Of The Identity<br>Of The Informant Std 302 2 21 13 /sah |
| | 2013-02-19 | ASWA | Affi In Suppt-warrantless Arr |
| | 2013-02-19 | MINC | Minute Order (print)<br>Pc Advisement Held<br>Magistrate Moschetti Clerk Kas Recorder Ftr In 302<br>Dda Opfer Def Pres I/c With Pd Bailey<br>Defendant Found Indigent Pd Appointed While In Custody<br>Def Advised Of Rights Charges And Possible Penalties<br>Da To File Complaint By 2/21 Noon<br>Bond Set At $2000 Cash Surety;<br>Conditions Of Bond Mpo<br>Mpo Entered And Served Def Objects To Paragraphs 4,5,6<br>Filing Of Charges Set 2/22 At 930am Div 302<br>Flg: Pd Appl Flg: Notice To Appear Flg: Bond Sheet Info<br>Flg: Conditions Of Bond Flg: Mpo Flg: Roa /bk |
| | 2013-02-19 | MRIG | Mandatory Injunctive Prot Ord; Expiration Date: 2014-02-19<br>DEF1/ Cummings, Quincy Don<br>MRIG<br>Shall not harrass, injure, molest, intimidate, threaten, retaliate against or tamper with any witness to or victim of the acts you are charged with committing<br>Shall not possess or control a firearm or other weapon<br>Shall Not Possess Or Consume Alcoholic Beverages Or Controlled Substances<br>It Is Further Ordered Mpo Is Condition Of Bond No New Offenses |
| | 2013-02-19 | NTOC | Print Notice<br>DEF1/ Cummings, Quincy Don |
| | 2013-02-19 | RSPO | Return Of Service Protect Ordr; Expiration Date: 2014-02-19 |

**Judgments**

No Judgments Information

**Bonds**

2013CR350 - Arapahoe County

| | | |
|---|---|---|
| **Bond Status Date:** 2013-08-09 | **Bond Status:** Bond Released | |
| **Set Date:** 2013-02-19 | **Set Amount:** 2000.00 | **Set Type:** Cash or Surety |
| **Adjusted Date:** | **Adjusted Amount:** 0.00 | |
| **Post Date:** 2013-02-26 | **Post Amount:** 2000.00 | **Post Type:** Surety |
| **Surety Holder:** Brown, Tiasheca **Professional License Number:** 403726 **Surety Status:** ON THE BOARD STATUS **Power Number:** SS-5-132753 | | |
| **Condition(s):** MPO | | |

**Financial Summary**

No Financial Information