IN THE DISTRICT COURT OF BUFFALO COUNTY, NEBRASKA

| | |
|---|---|
| THE STATE OF NEBRASKA,<br><br>    Plaintiff<br><br>vs.<br><br>QUINCY D. CUMMINGS,<br><br>    Defendant | CASE NO. CR 15-94<br><br>MODIFICATION OF BOND<br>CONDITIONS<br><br>Order |

FILED 2015 JUL 24 AM 10 55
CLERK OF DISTRICT COURT
BUFFALO COUNTY
SHARON K. MAULER

THIS MATTER comes on before the Court upon the Motion for Bond Review filed by D. Brandon Brinegar, deputy public defender for the Defendant. The Court, being fully advised in the premises finds that said Motion is well taken and should be granted. The Court further finds as follows:

1. The Defendant's bond previously set at $2,000 cash or surety, shall be modified to be released on his own recognizance on _July 24, 2015_, to attend and participate in inpatient treatment for substance abuse as approved by Seekers of Serenity with the condition that should the Defendant be discharged or voluntarily leave the program prior to his release he is to return to the Buffalo County Jail immediately or a felony escape charge will be filed against him. In the event the Defendant successfully completes substance abuse treatment and is released therefrom, he shall report back to the Buffalo County Jail and held for a bond review hearing to further review the conditions of his bond.

2. Transportation to and from Seekers of Serenity shall be done by Jami Graham.



3. Time spent in treatment that results in a delay of the trial shall not be counted against the State for speedy trial purposes.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED in accordance with the above findings.

BY THE COURT

*[signature: William Wright]*
DISTRICT COURT JUDGE

Copy to: D. Brandon Brinegar
Buffalo County Attorney's Office / Mike Mefferd
BCDC

IN THE DISTRICT COURT OF BUFFALO COUNTY, NEBRASKA

STATE OF NEBRASKA,
    Plaintiff )

vs. )

CUMMINGS, QUINCY,
    Defendant )

Case # cr15-94

**APPEARANCE BOND**

Bond # 3861

2015 JUL 27 AM 8 28
CLERK OF DISTRICT COURT
BUFFALO COUNTY, NE
SHARON K. MAULER

I acknowledge that I've been charged with the offense(s) of **#1 pos deadly weapon by felon, #2 dus/state 2nd/sub** and in consideration of my release from custody agree to appear in the District Court of said County on Month **Day**, 2015 and thereafter as directed by the Court, to answer to the charges against me. I understand that any bond posted in a Child Support matter, even those assigned to third parties, will be applied toward child support arrearage(s) upon further order of the Court. Further conditions of this bond are: CONTACT BUFFALO COUNTY DISTRICT COURT OR YOUR ATTORNEY FOR NEXT COURT DATE.
WHEN DISCHARGED OR VOLUNTARILY LEAVES TREATMENT AT SEEKERS OF SERENITY YOU ARE TO IMMEDIATELY RETURN TO THE BUFFALO COUNTY JAIL OR A FELONY ESCAPE CHARGE WILL BE FILED.

I understand that failure to appear as required by the Court may cause a warrant to be issued for my arrest, and that further penalties may be imposed upon me, including forfeiture of this bond or bail, for willful failure to appear or for violation of any condition of this agreement upon which I am released. To guarantee my appearance, I do hereby acknowledge myself to be indebted to the State of Nebraska in the sum of **$2,000.00** which sum is hereby secured as follows:

☒ **PERSONAL RECOGNIZANCE:**  In the sum of **$2,000.00**

☐ **CASH:**  In lieu of surety or sureties, the defendant deposits cash bond to secure his appearance and conditions made therein in the sum of

☐ **10% BOND:**  Bond is set in the amount of       , 10% of said amount or       (not less than $25.00) deposited herewith in cash.  90% of which shall be returned to the defendant upon appearance as required above and 10% of which shall be retained by the Clerk for bond costs.

☐ **CORPORATE SURETY:**  In the sum of       .  Attached hereto.

☐ **SURETY:**  The undersigned (surety)(sureties) do hereby acknowledge themselves to be bound as (surety)(sureties) of the defendant on the above appearance bond in the sum of       with all conditions thereto.

Defendant's Signature: _Quincy Cummings_ Date:
Defendant's Address: _1802 W. 38th Street Apt 6_
Date:     Surety:

(JUSTIFICATION OF SURETIES ON REVERSE)
(ASSIGNMENT OF BOND ON REVERSE)

000226580D09

07-27-15 - Original in Bond Book - MP

IN THE DISTRICT COURT OF BUFFALO COUNTY, NEBRASKA

| THE STATE OF NEBRASKA, | CASE NO. CR 15-95 |
|---|---|
| Plaintiff | MODIFICATION OF BOND CONDITIONS |
| vs. | Order |
| QUINCY D. CUMMINGS, | |
| Defendant | |

FILED SHARON K. MAULER 2015 JUL 24 AM 10 56 CLERK OF DISTRICT COURT BUFFALO COUNTY

THIS MATTER comes on before the Court upon the Motion for Bond Review filed by D. Brandon Brinegar, deputy public defender for the Defendant. The Court, being fully advised in the premises finds that said Motion is well taken and should be granted. The Court further finds as follows:

1. The Defendant's bond previously set at $1,000 cash or surety, shall be modified to be released on his own recognizance on July 24, 2015, to attend and participate in inpatient treatment for substance abuse as approved by Seekers of Serenity with the condition that should the Defendant be discharged or voluntarily leave the program prior to his release he is to return to the Buffalo County Jail immediately or a felony escape charge will be filed against him. In the event the Defendant successfully completes substance abuse treatment and is released therefrom, he shall report back to the Buffalo County Jail and held for a bond review hearing to further review the conditions of his bond.

2. Transportation to and from Seekers of Serenity shall be done by Jami Graham.



3.  Time spent in treatment that results in a delay of the trial shall not be counted against the State for speedy trial purposes.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED in accordance with the above findings.

BY THE COURT

DISTRICT COURT JUDGE

Copy to:   D. Brandon Brinegar
Buffalo County Attorney's Office

## IN THE DISTRICT COURT OF BUFFALO COUNTY, NEBRASKA

STATE OF NEBRASKA,
    Plaintiff

Case # cr15-95

vs.

**APPEARANCE BOND**

CUMMINGS, QUINCY,
    Defendant

Bond # 3862

*[Filed stamp: 2015 JUL 27 AM 8 28, SHARON K. MAULER, CLERK OF DISTRICT COURT, BUFFALO COUNTY, NE]*

I acknowledge that I've been charged with the offense(s) of **possession of controlled substance** and in consideration of my release from custody agree to appear in the District Court of said County on Month Day, 2015 and thereafter as directed by the Court, to answer to the charges against me. I understand that any bond posted in a Child Support matter, even those assigned to third parties, will be applied toward child support arrearage(s) upon further order of the Court. Further conditions of this bond are: CONTACT BUFFALO COUNTY DISTRICT COURT OR YOUR ATTORNEY FOR NEXT COURT DATE.
WHEN DISCHARGED OR VOLUNTARILY LEAVES TREATMENT AT SEEKERS OF SERENITY YOU ARE TO IMMEDIATELY RETURN TO THE BUFFALO COUNTY JAIL OR A FELONY ESCAPE CHARGE WILL BE FILED.

I understand that failure to appear as required by the Court may cause a warrant to be issued for my arrest, and that further penalties may be imposed upon me, including forfeiture of this bond or bail, for willful failure to appear or for violation of any condition of this agreement upon which I am released. To guarantee my appearance, I do hereby acknowledge myself to be indebted to the State of Nebraska in the sum of **$1,000.00** which sum is hereby secured as follows:

☒ **PERSONAL RECOGNIZANCE:** In the sum of $1,000.00

☐ **CASH:** In lieu of surety or sureties, the defendant deposits cash bond to secure his appearance and conditions made therein in the sum of

☐ **10% BOND:** Bond is set in the amount of        , 10% of said amount or        (not less than $25.00) deposited herewith in cash. 90% of which shall be returned to the defendant upon appearance as required above and 10% of which shall be retained by the Clerk for bond costs.

☐ **CORPORATE SURETY:** In the sum of        . Attached hereto.

☐ **SURETY:** The undersigned (surety)(sureties) do hereby acknowledge themselves to be bound as (surety)(sureties) of the defendant on the above appearance bond in the sum of        with all conditions thereto.

Defendant's Signature: *Quincy Cummings*     Date:
Defendant's Address: *1802 W. 39th Street #Apt 6*
Date:     Surety:

(JUSTIFICATION OF SURETIES ON REVERSE)
(ASSIGNMENT OF BOND ON REVERSE)



000226583D09

07-27-15 - Original in Bond Book - MP

IN THE DISTRICT COURT OF BUFFALO COUNTY, NEBRASKA

| THE STATE OF NEBRASKA, | CASE NO. CR 15-114 |
|---|---|
| Plaintiff | MODIFICATION OF BOND CONDITIONS |
| vs. | order |
| QUINCY D. CUMMINGS, | |
| Defendant | |

FILED 2015 JUL 24 AM 10 55 CLERK OF DISTRICT COURT BUFFALO COUNTY, NE SHARON K. MAULER

THIS MATTER comes on before the Court upon the Motion for Bond Review filed by D. Brandon Brinegar, deputy public defender for the Defendant. The Court, being fully advised in the premises finds that said Motion is well taken and should be granted. The Court further finds as follows:

1. The Defendant's bond previously set at $1,000 cash or surety, shall be modified to be released on his own recognizance on July 24 2015, to attend and participate in inpatient treatment for substance abuse as approved by Seekers of Serenity with the condition that should the Defendant be discharged or voluntarily leave the program prior to his release he is to return to the Buffalo County Jail immediately or a felony escape charge will be filed against him. In the event the Defendant successfully completes substance abuse treatment and is released therefrom, he shall report back to the Buffalo County Jail and held for a bond review hearing to further review the conditions of his bond.

2. Transportation to and from Seekers of Serenity shall be done by Jami Graham.



3.  Time spent in treatment that results in a delay of the trial shall not be counted against the State for speedy trial purposes.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED in accordance with the above findings.

BY THE COURT

_William Wright_
DISTRICT COURT JUDGE

Copy to:   D. Brandon Brinegar
           Buffalo County Attorney's Office

KB   BCOC

IN THE DISTRICT COURT OF BUFFALO COUNTY, NEBRASKA

STATE OF NEBRASKA,
    Plaintiff

vs.

CUMMINGS, QUINCY,
    Defendant

Case # cr15-114

**APPEARANCE BOND**

Bond # 3863

FILED
SHARON K. MAULER
2015 JUL 27 AM 8 28
CLERK OF DISTRICT COURT
BUFFALO COUNTY, NE

I acknowledge that I've been charged with the offense(s) of **assault by confined person** and in consideration of my release from custody agree to appear in the District Court of said County on Month **Day**, 2015 and thereafter as directed by the Court, to answer to the charges against me. I understand that any bond posted in a Child Support matter, even those assigned to third parties, will be applied toward child support arrearage(s) upon further order of the Court. Further conditions of this bond are: CONTACT BUFFALO COUNTY DISTRICT COURT OR YOUR ATTORNEY FOR NEXT COURT DATE.
WHEN DISCHARGED OR VOLUNTARILY LEAVES TREATMENT AT SEEKERS OF SERENITY YOU ARE TO IMMEDIATELY RETURN TO THE BUFFALO COUNTY JAIL OR A FELONY ESCAPE CHARGE WILL BE FILED.

I understand that failure to appear as required by the Court may cause a warrant to be issued for my arrest, and that further penalties may be imposed upon me, including forfeiture of this bond or bail, for willful failure to appear or for violation of any condition of this agreement upon which I am released. To guarantee my appearance, I do hereby acknowledge myself to be indebted to the State of Nebraska in the sum of **$1,000.00** which sum is hereby secured as follows:

☒ **PERSONAL RECOGNIZANCE:** In the sum of **$1,000.00**

☐ **CASH:** In lieu of surety or sureties, the defendant deposits cash bond to secure his appearance and conditions made therein in the sum of

☐ **10% BOND:** Bond is set in the amount of    , 10% of said amount or     (not less than $25.00) deposited herewith in cash. 90% of which shall be returned to the defendant upon appearance as required above and 10% of which shall be retained by the Clerk for bond costs.

☐ **CORPORATE SURETY:** In the sum of    . Attached hereto.

☐ **SURETY:** The undersigned (surety)(sureties) do hereby acknowledge themselves to be bound as (surety)(sureties) of the defendant on the above appearance bond in the sum of     with all conditions thereto.

Defendant's Signature: _(signed)_    Date:
Defendant's Address: 1802 W. 38th Street #Apt 6
Date:    Surety:

(JUSTIFICATION OF SURETIES ON REVERSE)
(ASSIGNMENT OF BOND ON REVERSE)

07-27-15 - Original in Bond Book-tmp


000226586D09