IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Criminal Action: | 13-cr-00314-RBJ | Date:  March 1, 2016 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kara Spitler |
| Interpreter: | N/A | Probation:  MariJo Paul |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA **Plaintiff** | *Mark J. Barrett* |
| **v.** | |
| 1.  QUINCY CUMMINGS **Defendant** | *Brian R. Leedy* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**      8:29 a.m.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  [42] Unopposed Motion for a Variant Sentence of 39 Months Imprisonment is **GRANTED.**

**ORDERED:**  Defendant shall be **imprisoned** for **39 months** as to Count One of the Indictment.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years.**

**ORDERED:**   **Standard/Mandatory/Discretionary Conditions** of Supervised Release, as stated on the record, including a **$100.00** Special Assessment fee, to be paid immediately.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case, parties agree this amount is two hundred [200] days.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:**  8:45 a.m.          Hearing concluded.          Total time:      00:16