# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:13CR00314-1

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

QUINCY CUMMINGS,

      Defendant.

---

## ORDER REGARDING REQUEST FOR MODIFICATION OF THE CONDITIONS OF SUPERVISION

---

THIS MATTER is before the Court upon request by the probation officer to modify conditions of supervised release on the above-named defendant.

HAVING considered the probation officer's petition, the Court:

ORDERS the defendant's terms of supervision be modified to include the following special condition:

1. You must participate in and successfully complete a residential/inpatient treatment program as deemed appropriate by the probation officer, to commence as directed by the probation officer, and the defendant shall observe the rules of that facility.

FURTHER ORDERS that all terms and conditions of supervision previously imposed remain in full force and effect.

DATED at Denver, Colorado, this _____ day of _March, 2018._____

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge