# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:13CR00314-1

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

QUINCY CUMMINGS,

    Defendant.

---

**ORDER REGARDING VIOLATION(S) OF CONDITIONS OF SUPERVISED RELEASE**

---

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

____ ORDERS the issuance of an arrest warrant.

____ ORDERS the issuance of a summons.

____ DENIES the request.

DATED at Denver, Colorado, this _____ day of May, 2018.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge