AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 1:13CR00314-1 |
| QUINCY CUMMINGS | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   QUINCY CUMMINGS,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Cts 1-3. POSSESSION AND USE OF A CONTROLLED SUBSTANCE
Ct 4. THE DEFENDANT FAILED TO COMPLY WITH A SPECIAL CONDITION

Date: _____

*Issuing officer's signature*

City and state:   Denver, Colorado         Jeffrey P. Colwell, Clerk of Court

*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____

at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

_____

*Printed name and title*