**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:13CR00314-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

QUINCY CUMMINGS,

        Defendant.

---

**ORDER REGARDING VIOLATION(S) OF CONDITIONS OF SUPERVISED RELEASE**

---

        THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

        HAVING considered the probation officer's petition, the Court

  _X_  ORDERS the issuance of an arrest warrant.

  ____  ORDERS the issuance of a summons.

  ____  DENIES the request.

        DATED at Denver, Colorado, this _25th_ day of May, 2018.

                              BY THE COURT:

                              *[signature]*

                              R. Brooke Jackson
                              United States District Judge