UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 13-cr-00314-RBJ

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. QUINCY CUMMINGS,

 Defendant.

## MOTION TO WITHDRAW

  The United States of America, by Robert C. Troyer, United States Attorney for the District of Colorado, through Martha A. Paluch, Assistant United States Attorney, hereby files its Motion to Withdraw Mark Barrett as counsel of record in the above-captioned case and requests termination of electronic service. As grounds for this motion, the government states that Mark Barrett is no longer employed as an Assistant United States Attorney for the District of Colorado.

  Dated this 6th day of June 2018.

        Respectfully submitted,

        ROBERT C. TROYER
        United States Attorney

By:   *s/Martha A. Paluch*
       MARTHA A. PALUCH
       Assistant U.S. Attorney
       U.S. Attorney's Office
       1801 California Street, Suite 1600
       Denver, CO 80202
       Telephone: 303-454-0100
       Fax:  303-454-0901
       E-mail: Martha.Paluch@usdoj.gov

       Attorney for Government

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of June 2018, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

By: *s/Martha A. Paluch*
MARTHA A. PALUCH
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0901
E-mail: Martha.Paluch@usdoj.gov