**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 13-cr-00314-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. QUINCY CUMMINGS,

    Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    the Government

DATED at Denver, Colorado this 6th day of June, 2018.

    Martha A. Paluch
    Name of Attorney

    United States Attorney's Office
    Firm Name

    1801 California Street, Suite 1600
    Office Address

    Denver, CO, 80202
    City, State, ZIP Code

    303-454-0100
    Telephone Number

    Martha.Paluch@usdoj.gov
    Primary CM/ECF E-mail Address

Respectfully submitted this 6th day of June, 2018.

                                        ROBERT C. TROYER
                                        United States Attorney

                                        By:  *s/ Martha A. Paluch*
                                        MARTHA A. PALUCH
                                        Assistant U.S. Attorney
                                        United States Attorney's Office
                                        1801 California Street
                                        Suite 1600
                                        Denver, CO 80202
                                        Telephone: (303) 454-0100
                                        Fax: (303) 454-0401
                                        E-mail: Martha.Paluch@usdoj.gov