IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Criminal Action No. 13-cr-00314-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    QUINCY CUMMINGS,

    Defendant.

---

## ORDER OF DETENTION
---

THIS MATTER came before me for a detention hearing on June 6, 2018, subsequent to the defendant's arrest for an alleged violation of his release conditions.   The defendant waived his right to have a preliminary hearing on the allegations of violation of supervised release/probation. The government has requested detention without bond pending further proceedings and the defendant argued that release on conditions of bond would be appropriate.   The court has taken judicial notice of the contents of its own files, including the Petition for Warrant [Doc. No. 71] and considered the arguments and proffers of counsel.

Fed. R. Crim. P. 32.1 governs issues dealing with revoking or modifying probation or supervised release.   That Rule provides that the court may release or detain the person under Title 18 U.S.C. § 3143(a)(1) pending further proceedings.   The Rule also provides that

> The burden of establishing by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community rests with the person.

*Id*.

Title 18 U.S.C. § 3143 provides

(1) Except as provided in paragraph (2), the judicial officer shall order that a person who [qualifies for treatment under this section] be detained, unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released under section 3142(b) or (c). If the judicial officer makes such a finding, such judicial officer shall order the release of the person in accordance with section 3142(b) or (c).

*Id*.

Supervision commenced on February 8, 2018, and is set to expire on February 7, 2021. As noted in the judgment [Doc. No. 46], the Court ordered mandatory, special and standard conditions of supervision. On March 27, 2018, the defendant's conditions were modified to include a provision that the defendant participate in and successfully complete a residential/inpatient treatment program as deemed appropriate by the probation officer and to observe the rules of that facility. [Doc. No. 49] The modification occurred because the defendant had several uses of methamphetamine almost immediately upon the commencement of his supervised release. Unfortunately, on or about May 21, 2018, the defendant failed to successfully complete the Stout Street Foundation Residential Treatment Program (SSF) by being unsuccessfully discharged from the program for having contraband (a cellphone), as well as concern over a text message between the defendant and a coworker regarding a plan to physically harm a resident within SSF.

After considering all appropriate factors, I conclude that the defendant has failed to establish by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of any other person or the community if released under section 3142(b) or (c). It is clear to this court that the defendant will not abide by conditions of release imposed and that he should be detained pending his appearance before the District Court.

IT IS ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

IT IS FURTHER ORDERED that the defendant is to be afforded a reasonable opportunity to consult confidentially with defense counsel; and

IT IS FURTHER ORDERED that upon order of this Court or on request of an attorney for the United States, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with this proceeding.

Dated June 7, 2018.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge