IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action:   13-cr-00314-RBJ | Date:  September 11, 2018 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Sarah Mitchell |
| Interpreter:    N/A | Probation:  Carlos Escobedo |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | Martha A. Paluch |
| v. | |
| 1.  QUINCY CUMMINGS<br>**Defendant** | Edward R. Harris |

## COURTROOM MINUTES

**HEARING ON SUPERVISED RELEASE VIOLATION**

Court in session:  8:29 a.m.

Appearances of counsel.

Defendant is present in custody

The defendant admits to violations Nos. 1, 2 and 3 alleged in the Petition on Supervised Release [50].

Argument given on sentencing.

The Court states its findings and conclusions.

**ORDERED:**  The defendant is resentenced to the Bureau of Prisons for a term of 6 months, 2 years supervised release with conditions as stated on the record.

**ORDERED:**  The defendant is REMANDED to the custody of the United States Marshal.

Court in Recess:  8:46 a.m.          Hearing concluded.          Total time in Court:  00:17