CO-PROB12B
(Revised 5/14-D/CO)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

U.S.A. vs. QUINCY CUMMINGS                                    DKT. NO. 1:13CR00314-1

## PETITION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

COMES NOW, Carlos Escobedo, United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Quincy Cummings, who was placed on supervision by the Honorable R. Brooke Jackson, sitting in the United States District Court in Denver, Colorado, on September 11, 2018.  The defendant was sentenced to 6 months imprisonment and 2 years supervised release for violations of supervised release related to his original conviction for the offense of Possession of a Firearm by a Previously Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).  This is the defendant's second term of supervised release as there has been one prior revocation (See Document 69, Judgment for Revocation of Supervised Release). Supervision commenced on November 28, 2018, and is set to expire on November 27, 2020.  As noted in the judgment [Document 69], the Court ordered mandatory, special and standard conditions of supervision.  The probation officer alleges the defendant has violated the following terms and conditions of supervised release as set forth herein.

## STATEMENT IN SUPPORT OF ACTION/JUSTIFICATION

The defendant commenced his second term of supervised release on November 28, 2018, and is residing at Independence House South Federal Residential Re-entry Center (RRC).  On November 29, 2018, the conditions of supervised release were read and explained to the defendant, and he acknowledged in writing that the conditions had been read to him, that he fully understood the conditions, and that he was provided a copy of them.

During our initial meeting, the defendant was referred for moral reconation therapy (MRT), dual diagnosis individual counseling, and random urine testing at Independence House South (IHS).  The defendant was also referred for inpatient substance abuse treatment and is pending a bed date.  Mr. Cummings reported being prescribed Venlafaxine while in the Bureau of Prisons (BOP) to help with his depression.

On December 1, 2018, the defendant admitted to using methamphetamine.  He signed an admission form stating the following, "The date of November 28, 2018, my first day out I used meth and had a positive UA."  I verbalized my concerns regarding the defendant's methamphetamine use and relayed to him that it was unacceptable.  I further challenged the defendant to identify the short and long-term consequences of continuing to engage in this type of behavior.

Case No. 1:13-cr-00314-RBJ   Document 70   filed 01/17/19   USDC Colorado   pg 2 of 2

| | | |
|---|---|---|
| Quincy Cummings<br>1:13CR00314-1 | Petition to Modify Conditions of Supervised Release<br>Page 2 | January 17, 2019 |

Given the information above and the defendant's continuing noncompliant behavior, I believe that the defendant would benefit from the continuation of psychotropic medications as it will allow him to think clearer and focus on his treatment.  This request has been shared with the defendant and he agrees to continue with his psychotropic medications.  This condition will also allow the probation office to monitor his prescribed medications and ensure therapeutic levels are maintained.

On December 27, 2018, the defendant executed a form entitled, "Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision," which waives the right to a hearing and agrees to the proposed modification of the conditions of supervision.  Assistant U.S. Attorney Martha Paluch was contacted and she has no objection to the proposed modification.

### RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER:

Modification of the terms of Supervised Release to include the following special condition:

1. You must remain medication compliant and must take all medications that are prescribed by your treating psychiatrist.  You must cooperate with random blood tests as requested by your treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of your prescribed medications is maintained.

I DECLARE under penalty of perjury that the foregoing is true and correct.

*s/Carlos Escobedo*
 Carlos Escobedo
 United States Probation Officer
 Place:   Denver
 Date:    January 17, 2019

*s/Edgar T. Ruiz*
 Edgar T. Ruiz
 Supervisory United States Probation Officer
 Place:   Denver
 Date:    January 17, 2019