# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:13CR00314-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

QUINCY CUMMINGS,

        Defendant.

---

## ORDER REGARDING REQUEST FOR MODIFICATION OF THE CONDITIONS OF SUPERVISION

---

      THIS MATTER is before the Court upon request by the probation officer to modify conditions of supervised release on the above-named defendant. [#70]

      HAVING considered the probation officer's petition, the Court:

      ORDERS the defendant's terms of supervision be modified to include the following special condition:

1. You must remain medication compliant and must take all medications that are prescribed by your treating psychiatrist.  You must cooperate with random blood tests as requested by your treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of your prescribed medications is maintained.

      FURTHER ORDERS that all terms and conditions of supervision previously imposed remain in full force and effect.

      DATED at Denver, Colorado, this  23rd  day of  January, 2019.

                                BY THE COURT:

                                R. Brooke Jackson
                                United States District Judge