# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:13CR00314-1

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

QUINCY CUMMINGS,

    Defendant.

---

**ORDER REGARDING VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE**

---

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violations of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

_____ ORDERS the issuance of an arrest warrant.

_____ ORDERS the issuance of a summons.

_____ DENIES the request.

DATED at Denver, Colorado, this _____ day of April, 2019.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge