AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) Case No. | 1:13CR00314-1 |
| QUINCY CUMMINGS | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* QUINCY CUMMINGS, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Cts. 1 & 2: POSSESSION AND USE OF A CONTROLLED SUBSTANCE; and
Ct 3: ASSOCIATION WITH A PERSON INVOLVED IN CRIMINAL ACTIVITY.

Date: _____

*Issuing officer's signature*

City and state: Denver, Colorado          Jeffrey P. Colwell, Clerk of Courts

*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*