AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   13-cr-00314-RBJ |
| | ) | |
| | ) | |
| 1.  QUINCY CUMMINGS | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    QUINCY CUMMINGS                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ❏ Complaint
❏ Probation Violation Petition      ☑ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

Cts. 1 & 2: POSSESSION AND USE OF A CONTROLLED SUBSTANCE; and
Ct 3: ASSOCIATION WITH A PERSON INVOLVED IN CRIMINAL ACTIVITY.

Date:    April 10, 2019                                        s/ J. Dynes, Deputy Clerk
                                                                      _Issuing officer's signature_

City and state:    Denver, Colorado                          Jeffrey P. Colwell, Clerk of Court
                                                                      _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____                          _____ |
| _Arresting officer's signature_ |
| _____ |
| _Printed name and title_ |