AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 APR 17 AM 8:08

JEFFREY P. COLWELL
CLERK

BY _____ DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 13-cr-00314-RBJ |
| | ) | |
| 1. QUINCY CUMMINGS | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **QUINCY CUMMINGS**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Cts. 1 & 2: POSSESSION AND USE OF A CONTROLLED SUBSTANCE; and
Ct 3: ASSOCIATION WITH A PERSON INVOLVED IN CRIMINAL ACTIVITY.

Date: April 10, 2019

s/ J. Dynes, Deputy Clerk
*Issuing officer's signature*

City and state:  Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 4-10-19, and the person was arrested on *(date)* 4-12-19
at *(city and state)* Denver, Colorado.

Date: 4-12-19

[signature] 4/884
*Arresting officer's signature*

Jonathan Walker Dep. U.S. Marshal
*Printed name and title*