AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

# UNITED STATES DISTRICT COURT

for the

District of Colorado

2019 APR 17 PM 2: 30

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

United States of America
v.

1. QUINCY CUMMINGS

*Defendant*

)
)
)
)
)
)

Case No.   13-cr-00314-RBJ

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     QUINCY CUMMINGS                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment          ❏ Information          ❏ Superseding Information          ❏ Complaint

❏ Probation Violation Petition          ☑ Supervised Release Violation Petition          ❏ Violation Notice          ❏ Order of the Court

This offense is briefly described as follows:

Cts. 1 & 2: POSSESSION AND USE OF A CONTROLLED SUBSTANCE; and
Ct 3: ASSOCIATION WITH A PERSON INVOLVED IN CRIMINAL ACTIVITY.

Date:    April 10, 2019

City and state:    Denver, Colorado

s/ J. Dynes, Deputy Clerk
*Issuing officer's signature*

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4-10-19 , and the person was arrested on *(date)* 4-12-19 at *(city and state)* Denver Colorado . |
| Date: 4-12-19 |

4884

*Arresting officer's signature*

Jonathan Walker Dep U.S. Marshal
*Printed name and title*