IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action: 13-cr-00314-RBJ | Date: June 10, 2019 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |
| Interpreter: N/A | Probation: Carlos Escobedo |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Martha A. Paluch* |
| v. | |
| 1. QUINCY CUMMINGS<br>**Defendant** | *Edward R. Harris* |

### COURTROOM MINUTES

**HEARING ON SUPERVISED RELEASE VIOLATION**

Court in session: 8:32 a.m.

Appearances of counsel.

Defendant is present in custody

The defendant admits to violations alleged in the [72] Petition on Supervised Release.

Argument given on sentencing.

The Court states its findings and conclusions.

**ORDERED:** **The defendant is resentenced to the Bureau of Prisons for a term of 10 months, no term of supervised release.**

The Court recommends the defendant be placed at the facility in Englewood, Colorado.

**ORDERED:** **The defendant is REMANDED to the custody of the United States Marshal.**

Court in Recess: 8:57 a.m.          Hearing concluded.          Total time in Court: 00:25